Decided June 30, 2004

STATE OF CONNECTICUT *v.* KEITH BEAULIEU

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 856 (AC 23297), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the state's prosecutorial misconduct did not deprive the defendant of a fair trial regarding the defendant's conviction for kidnapping?"

The Supreme Court docket number is SC 17219.

*John R. Williams*, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided June 30, 2004